| | |
|---|---|
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**FEDERICO ELEOBARDO GONZALEZ**<br>DOB: xx-xx-1974; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>09-06437M |

**Complaint for violation of Title 18**    United States Code § 111(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 3, 2009, at or near Sonoita, in the District of Arizona, **FEDERICO ELEOBARDO GONZALEZ**, did forcibly assault, resist, oppose, impede, intimidate and interfere with Customs and Border Protection (CBP) Air Interdiction Agent Sidney G. Kahla and U.S. Border Patrol (USBP) Agent Martin Barrios, an officer of the United States, Department of Homeland Security, while said officer was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about August 3, 2009, at or about Granite Peak Road, at or near Sonoita, Arizona, a CBP helicopter piloted by Air Interdiction Agent Sidney G. Kahla along with observer Border Patrol Agent Martin Barrios were responding to a request to assist agents on the ground in an investigation. Upon arriving near the scene, the agents in the helicopter observed 2 individuals on the ground motioning at them with obscene gestures. The pilot began to circle, at which time **FEDERICO GONZALEZ** reached down, grabbed a rock and with one sweeping motion threw the rock at the helicopter. USBP Agents on the ground arrived at the scene and apprehended **GONZALEZ**.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>PTB/rsh<br>Authorized by AUSA: | SIGNATURE OF COMPLAINANT<br>(official title) |
| | OFFICIAL TITLE<br>**Senior Agent, US Border Patrol** |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 4, 2009 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54